United States District Court
Middle District of Florida
Jacksonville Division

**LISA LEES,**

***Plaintiff,***

**v.** **NO. 3:24-cv-973-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

***Defendant.***

---

## Order

The plaintiff entered a contingency-fee agreement with Osterhout Berger Daley, LLC, on September 27, 2024. Doc. 29-2. The lawyers agreed to represent the plaintiff in the appeal of an agency decision, and she agreed to pay 25 percent of past-due benefits received upon a successful appeal. Doc. 29-2. They now request $66,297.25 from the plaintiff's past-due benefits, relying on the work performed in this case and a related case. Doc. 29; *see Lees v. Comm'r of Soc. Sec.*, 3:21-cv-150-BJD-LLL.

By **November 4, 2026**, the plaintiff's counsel must provide supplemental briefing with legal authority supporting a court's authorization to consider counsel's work performed in another case as part of determining the reasonableness of the request.

By **November 18, 2026**, the Commissioner, in its role resembling a "trustee" for the plaintiff, must respond to the supplemental briefing. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 798 n.6 (2002) (quoted).

The plaintiff is reminded that she must comply with Local Rule 1.08, which requires the use of certain typography (including a 14-point font in the Times New Roman typeface). *See* Doc. 22 (order denying EAJA fee motion for violation of Local Rules 1.08 and 3.01(g)(2)); Doc. 24 (order denying renewed EAJA fee motion for violation of Local Rules 1.08, 3.01(g)(2), and 3.01(j) (now 3.01(k))); Doc. 26 (order striking a proposed order in violation of Local Rule 3.01(j) (now 3.01(k)) and directing counsel to re-read the Local Rules to ensure the discontinuance of rule violations).

**Ordered** in Jacksonville, Florida, on October 21, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*